IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re INACOM CORP., *et al.*, | Bankruptcy Case No. 00-2426 (PJW) |
| INACOM CORP., on behalf of all affiliated Debtors,[1]<br><br>Plaintiff,<br>v.<br><br>MEAD WESTVACO CORPORATION,<br><br>Defendant. | Civil Action No. 04-575 (GMS)<br><br>[Adversary Case No. 02-03280 (PJW)] |

**NOTICE AND STIPULATION OF**
**<u>VOLUNTARY DISMISSAL WITH PREJUDICE OF COMPLAINT</u>**

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, as made applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy Procedure, plaintiff Inacom Corp., on behalf of all affiliated Debtors, and defendant Mead Westvaco Corporation hereby stipulate to the voluntary dismissal with prejudice of the Complaint for Avoidance and Recovery Preferential Transfers, including all claims and counterclaims, which was initiated in the above-captioned adversary proceeding versus Mead Westvaco Corporation (the "Complaint").

---

[1] The Debtors are the following entities: InaCom Corp.; InaCom Latin America; InaCom Solutions, Inc.; InaCom Communications, Inc.; InaComp Financial Services, Inc.; Perigee Communications, Inc.; Networks, Inc.; Gorham Clark, Inc.; InaCom International, Inc.; InaCom Tennessee, Inc.; InaCom Professional Services, Inc.; Kure Associates, Inc.; Office Products of Minnesota, Inc.; Boston Computer Exchange Corporation; PC Technical Services, Inc.; Vanstar Corporation; Computerland International Development, Inc.; Computerport World Trade, Inc.; Vanstar International Corporation; VST West, Inc.; VST Illinois, Inc.; VSTNC, Inc.; Cland Tex, Inc.; InaCom Government Systems, Inc.; Contract Data, Inc.; Computer Professionals, Inc.; Vanstar Professional Technical Resources, Inc.

Each side will bear its own fees and costs.

This stipulation may be executed in one or more counterparts, any one of which need not contain the signatures of more than one party, and all such counterparts taken together shall constitute one and the same instrument.

Dated: July 11, 2006

| BIFFERATO GENTILOTTI BIDEN & BALICK | PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP |
|---|---|
| *signature* <br> Garvan F. McDaniel (DE No. 4167) <br> 1308 Delaware Avenue <br> P.O. Box 2165 <br> Wilmington, Delaware 19899-2165 <br> Telephone: (302) 429-1900 <br> Facsimile: (302) 429-8600 <br><br><br><br><br><br><br><br><br> Attorneys for Mead Westvaco Corporation | *signature* <br> Laura Davis Jones (Bar No. 2436) <br> Sandra G. M. Selzer (Bar No. 4283) <br> 919 North Market Street, 16th Floor <br> P.O. Box 8705 <br> Wilmington, DE 19899-8705 (Courier 19801) <br> Telephone: (302) 652-4100 <br> Facsimile: (302) 652-4400 <br><br> and <br><br> Andrew W. Caine (CA Bar No. 110345) <br> Jeffrey P. Nolan (CA Bar No. 157216) <br> 10100 Santa Monica Boulevard <br> Suite 1100 <br> Los Angeles, CA 90067 <br> Telephone: (310) 277-6910 <br> Facsimile: (310) 201-0760 <br><br> Attorneys for Inacom Corp., on behalf of all affiliated Debtors |